# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0603, <u>State of New Hampshire v. Edward Farley</u>, the court on October 23, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  <u>See Sup. Ct. R.</u> 20(2).  The defendant, Edward Farley, appeals the order of the Circuit Court (<u>Pendleton</u>, J.), following a hearing, finding him guilty of violating the Town of Rye's dog ordinance.  He raises numerous issues on appeal.

Based upon our review of the briefs, the relevant law, the record on appeal, and the trial court's decision, we find the defendant's arguments to be unpersuasive and affirm the trial court's decision.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,
Clerk**